IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRETT L. NASH,

Defendant.                                            No. 12-30066-DRH

## ORDER

Pending now before the Court is plaintiff's motion to dismiss counts 1 through 5 of the Second Superseding Indictment without prejudice.   The Motion to Dismiss is hereby **GRANTED**.  Counts 1 through 5 of the Second Superseding Indictment are hereby **DISMISSED WITHOUT PREJUDICE**, according to the terms of the plea agreement entered between the parties.

**IT IS SO ORDERED.**

Signed this 3rd day of May, 2013.

Digitally signed by
David R. Herndon
Date: 2013.05.03
15:17:14 -05'00'

**Chief Judge**
**United States District Court**